This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-39685**

**STATE OF NEW MEXICO,**

      Plaintiff-Appellee,

v.

**DAVID GARCIA,**

      Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN MIGUEL COUNTY**
**Gerald E. Baca, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
John Kloss, Assistant Attorney General
Albuquerque, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Kathleen T. Baldridge, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**BOGARDUS, Judge.**

**{1}** Following jury trial, Defendant appeals from the district court's judgment and sentence convicting him of criminal sexual penetration of a child in the second degree. We issued a notice of proposed summary disposition proposing to reverse and remand. In response to our proposed disposition, the State filed a notice that it concurred with our proposed disposition and did not intend to file a memorandum in opposition. Therefore, in the absence of opposition from either party and for the reasons outlined in

our notice of proposed disposition, we reverse Defendant's conviction and remand for further proceedings.

**{2}     IT IS SO ORDERED.**

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**MEGAN P. DUFFY, Judge**